IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
April 7, 2015
Lyle W. Cayce
Clerk

No. 14-10049

D.C. Docket No. 3:12-CV-3247

CHRISTOPHER L. CRANE; DAVID A. ENGLE; ANASTASIA MARIE CARROLL; RICARDO DIAZ; LORENZO GARZA; FELIX LUCIANO; TRE REBSTOCK; FERNANDO SILVA; SAMUEL MARTIN; JAMES D. DOEBLER; STATE OF MISSISSIPPI, by and through Governor Phil Bryant,

    Plaintiffs - Appellants Cross-Appellees

v.

JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; JOHN SANDWEG, in His Official Capacity as Director of Immigration and Customs Enforcement; LORI SCIALABBA, in Her Official Capacity as Acting Director of United States Citizenship and Immigration Services,

    Defendants - Appellees Cross-Appellants

Appeals from the United States District Court for the
Northern District of Texas, Dallas

Before KING, DAVIS, and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants cross-appellees pay to defendants-appellees cross-appellants the costs on appeal to be taxed by the Clerk of this Court.

PRISCILLA R. OWEN, Circuit Judge, concurring.